160 A.3d 701

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
SELLERS INGRAM (A/K/A SELLERS INGRAM, III, AND
INGRAM SELLERS), DEFENDANT–PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004507–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

160 A.3d 701

CUMBERLAND FARMS, INC., PLAINTIFF–PETITIONER, v. NEW
JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION
AND THE ADMINISTRATOR OF THE NEW JERSEY SPILL
COMPENSATION FUND, DEFENDANTS–RESPONDENTS.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004335–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.